UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KILN SYNDICATE 510 a/s/o MORRISON
EXPRESS CORPORATION (USA), INC.
        v.

MITSUI OSK LINES LTD., MOL (AMERICA),
INC.

Civil Action No. *13-7372 (ES)*

RECEIVED
DEC 06 2013
AT 8:30_____M
WILLIAM T. WALSH, CLERK

## DISCLOSURE STATEMENT

The undersigned counsel for __KILN SYNDICATE 510__ certifies that this party is a non-governmental corporate party and that:

[X] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
KILN GROUP LIMITED
TOKIO MARINE HOLDINGS

### OR

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_Signature of Attorney_

Stephen H. Vengrow
Print Name

12/5/2013
Date

Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
Name of Firm

61 Broadway, Suite 3000
Address

New York, New York 10006
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)